UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                                  Case No. 22-30507
                                                  Originating No. 2:20-cr-00229

**ANGELA L. MORRIS**

    aka "Angela L. Williams",

    Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ANGELA L. MORRIS,** to answer to charges pending in another federal district, and states:

1. On **November 22, 2022,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Northern District of Alabama based on an Indictment**. **Defendant is charged in that district with violation of 18 U.S.C. §371 and 2- Conspiracy to Utter Counterfeit obligations or securities of the United States, 18 U.S.C. §472-Intent to defraud by uttering Counterfeit Obligations or Securities of the United States and Forfeiture allegations.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                          Respectfully submitted,

                          DAWN N. ISON
                          United States Attorney

                          s/Myra Din
                          Assistant U.S. Attorney
                          211 W. Fort Street, Suite 2001
                          Detroit, MI 48226
                          Myra.din@usa.doj.gov
                          (313) 226-9653

Dated: November 22, 2022